Douglas B. Kerr, CA Bar #110713
dkerr@cox.net
Agricap Financial Corp.
**Law Office of Douglas B. Kerr**
62 Racing Wind, Suite B
Irvine, CA 92614
Telephone: (949) 733-0904
Facsimile: (949) 666-7582

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRICAP FINANCIAL CORP., a California corporation,<br>　　　　Plaintiff,<br>　　vs.<br>M.R.P., INC., a California corporation, and MANUEL PINON and ROSE BARRANTES, individually,<br>　　　　Defendants. | CASE NO. CV08-5904 GW (AGRx)<br><br>**ORDER FOR JUDGMENT AGAINST DEFENDANT M.R.P., INC.** |

　　Upon the stipulation of Agricap Financial Corp. ("Plaintiff") and defendant M.R.P., Inc. (the "Company") for the entry of a Final Judgment in favor of Plaintiff and against M.R.P., Inc. only, the Court finds as follows:

　　A)　The Company has indicated its consent to the entry of this Judgment and, through such consent, has waived any objection to the Court's exercise of both personal and subject matter jurisdiction in this matter over it to allow for the entry of this Judgment.

Judgment Order - 1

B)   The Court, having been so advised, finds the Company indebted to Plaintiff for breach of contract and breach of the trust imposed upon the Company's assets under § 499e(c) the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. § 499a-499t, (the "PACA"), in the amount of $14,704.50, until the entire amount is paid in full.

C) The Company's actions in breach of the PACA trust were defalcations by the Company while acting in fiduciary capacities to Plaintiff.

Accordingly,   **IT IS HEREBY ORDERED, as follows:**

1. Final Judgment is hereby granted and entered in favor of Plaintiff against Defendant M.R.P., Inc. in the amount of $14,704.50.  M.R.P., Inc. is liable for reasonable post-judgment collection costs, including attorneys' fees, pursuant to stipulation by M.R.P., Inc.

2. This Judgment is expressly founded upon M.R.P. Inc.'s defalcation of its fiduciary duties to the Plaintiff.

3. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court expressly directs the entry of this Judgment as a final judgment with the execution upon this Judgment to proceed immediately. This Court retains jurisdiction over any supplementary proceedings required to enforce the judgment.

ENTER:

February 19, 2009            _____
                              United States District Court Judge
                              Hon. George H. Wu